

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2020

No. 04-19-00821-CV

Larry **LANGSTON**,
Appellant

v.

Tom **HAYDEN** and Shirley Hayden,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. 2019-CV-0211
Honorable Bill Squires, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by February 6, 2020. Neither the brief nor a motion for extension of time has been filed. Appellant is therefore ORDERED to file, within fifteen (15) days of the date of this order, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court